UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                    :
                                                          :
ELETSON HOLDINGS INC., et al.          :     Case No.  24-cv-5096-LJL
                                                          :            [rel. 23-cv-7331-LJL;
                                                          :            24-cv-8672-LJL]
                                                          :
                                                          :
                                                          :     **NOTICE OF APPEARANCE**
                                                          :
------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that John N. McClain, of Togut, Segal & Segal LLP (the "Togut Firm"), with offices located at One Penn Plaza, Suite 3335, New York, New York 10119, hereby appears on behalf of Eletson Holdings Inc. ("Eletson Holdings").

       I hereby certify that I am admitted to practice before this Court.

DATED:  February 13, 2025          TOGUT, SEGAL & SEGAL LLP
             New York, New York
                                     By:

                                     */s/John N. McClain*
                                     JOHN N. MCCLAIN
                                     One Penn Plaza, Suite 3335
                                     New York, New York 10119
                                     Telephone: (212) 594-5000
                                     Email: jmcclain@teamtogut.com

                                     *Counsel for Eletson Holdings*