```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/02/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
:                                       24-cv-05096 (LJL)
In re:                               :  24-cv-08672 (LJL)
:                                       25-cv-02789 (LJL)
ELETSON HOLDINGS INC., et al.,       :  25-cv-02811 (LJL)
:                                       25-cv-02824 (LJL)
           *Debtors*.                :  25-cv-02895 (LJL)
:
:
-------------------------------------------------------------------X    ORDER

LEWIS J. LIMAN, United States District Judge:

The Court directs counsel for "Reorganized Eletson Holdings Inc.," Togut, Segal & Segal LLP, to file a letter on ECF no later than May 8, 2025, after conferring with counsel for the other parties in each of the above-captioned appeals from the bankruptcy court case, *In re Eletson Holdings Inc.*, No. 23-10322 (Bankr. S.D.N.Y. 2023), regarding the status of each of the above-captioned cases, whether any motions are outstanding for the Court's consideration, whether any Court action is requested at this time, and the anticipated timetable for any Court action.

SO ORDERED.

Dated: May 2, 2025
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge